

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2015

No. 04-15-00386-CV

**IN THE INTEREST OF A.S.,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00465
Honorable Richard Garcia, Judge Presiding

# O R D E R

The appellant's first motion for extension of time to file brief is GRANTED. The appellant's brief is due on August 13, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court